**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-00486-WJM-KLM

BRENDAN O'KEEFE,

    Plaintiff,

v.

PROFESSIONAL FINANCE COMPANY, INC., a Colorado Corporation

    Defendant.

_____

**ORDER DISMISSING ACTION WITH PREJUDICE**
_____

This matter comes before the Court on the Plaintiff's Notice of Dismissal with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (ECF No. 5).

It is hereby ORDERED that the above-captioned case is DISMISSED, WITH PREJUDICE. Each party shall be responsible for his or its own costs and attorneys' fees.

Dated this 23rd day of March, 2011.

                                          BY THE COURT:

                                          s/ *William J. Martínez*
                                          United States District Judge